IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Jones, | ) | |
| | ) | |
|     *Plaintiff,* | ) | No. 23-cv-4975 |
| | ) | |
|     -vs- | ) | *(Judge Alexakis)* |
| | ) | |
| City of Chicago, Bryan Cox, Peter Theodore, David Salgado, and Rocco Pruger, | ) ) ) ) ) | *(Magistrate Judge Cole)* |
|     *Defendants.* | ) | |

## MOTION TO WITHDRAW ATTORNEY

Pursuant to Local District Court Rule 83.17, it is respectfully requested that the Court grant attorney Maya Demianczuk leave to withdraw as attorney for plaintiff.

Grounds for this motion are as follows:

1. Attorney Demianczuk has accepted other employment, and January 31, 2025, was his last day at the Law Office of Kenneth N. Flaxman P.C.

2. Plaintiff will continue to be represented by Joel A. Flaxman and Kenneth N. Flaxman.

It is therefore respectfully requested that the Court grant attorney Maya Demianczuk leave to withdraw.

                                          Respectfully submitted,

                                          [signature on following page]

-2-

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*